Joseph FREDERICK, Plaintiff–Appellant,

v.

Deborah MORSE; Juneau School Board, Defendants–Appellees.

No. 03–35701.

United States Court of Appeals, Ninth Circuit.

Aug. 23, 2007.

Douglas K. Mertz, Esq., Law Office of Douglas K. Mertz, Juneau, AK, for Plaintiff–Appellant.

David C. Crosby, Esq., David C. Crosby, P.C., Juneau, AK, for Defendants–Appellees.

Before: CYNTHIA HOLCOMB HALL, ANDREW J. KLEINFELD, and KIM McLANE WARDLAW, Circuit Judges.

## ORDER

Pursuant to the mandate of the Supreme Court, our judgment is vacated and the case is remanded to the District Court of Alaska for further consideration in light of *Morse v. Frederick*, 551 U.S. ——, 127 S.Ct. 2618, 168 L.Ed.2d 290 (2007).

IT IS SO ORDERED.